1  **BRYAN CAVE LLP**
   JONATHAN SOLISH (State Bar No. 67609)
2  KEITH D. KLEIN (State Bar No. 184846)
   SHELLY C. GOPAUL (State Bar No. 246382)
3  120 Broadway, Suite 300
   Santa Monica, California  90401-2386
4  Telephone:     (310) 576-2100
   Facsimile:     (310) 576-2200
5  E-Mail:        jonathan.solish@bryancave.com
                  keith.klein@bryancave.com
6                 shelly.gopaul@bryancave.com

7  Attorneys for Defendant
   Ramada Worldwide Inc. (erroneously sued as Ramada International)
8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13  CAROL AGRUHN,                    Case No. **C10-00029 PJH**

14              Plaintiff,           [Alameda County Superior Court
                                     Case No. HG06302079]
15       v.
                                     **RAMADA WORLDWIDE INC.'S**
16  RAMADA LIMITED; RAMADA           **CERTIFICATE OF FILING AND**
    INTN'L,                          **SERVICE OF NOTICE TO**
17                                   **ADVERSE PARTY AND TO STATE**
              Defendants.            **COURT OF REMOVAL TO**
18                                   **FEDERAL COURT**

19                                   Date Action Filed: December 13, 2006

20

21

22

23

24

25

26

27

28

765832.1

*(left margin, vertical text)* BRYAN CAVE LLP  120 BROADWAY, SUITE 300  SANTA MONICA, CALIFORNIA 90401-2386

1      I, Judith Chiri, certify and declare as follows:

2      I am over the age of 18 years and not a party to this action.  My business address is

3   Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, California 90401, which is

4   located in the city, county and state where the mailing below took place.

5      On January 6, 2010, I filed and served the Notice to Adverse Party and to State

6   Court of Removal to Federal Court, dated January 5, 2010, in this action "(Notice"), which

7   contained, as its exhibit, a copy of the, conformed Federal Court Notice of Removal of

8   State Court Action (without exhibits).  A copy of the conformed Notice and its Proof of

9   Service, is attached to this Certificate as Exhibit "1.

10      Under direction of attorneys for defendant Ramada Worldwide Inc. ("RWI"), I

11   caused the Notice to Adverse Party and State Court of Removal to Federal Court to be

12   filed with the California Superior Court, County of Santa Clara, in which the above-

13   captioned case was commenced.  Attached to the Notice is a certificate of service

14   indicating that it was duly served as required by 28 U.S.C. § 1446(d).

15      I declare under penalty of perjury that the foregoing is true and correct.

16      Executed on January 14, 2010, at Santa Monica, California.

17

18                       */s/ Judith C. Chiri*
                         Judith Chiri
19

20

21

22

23

24

25

26

27

28

765832.1

**2**

CERTIFICATE OF FILING AND SERVICE OF NOTICE

# EXHIBIT "1"

1   **BRYAN CAVE LLP**
    JONATHAN SOLISH (State Bar No. 67609)
2   KEITH D. KLEIN (State Bar No. 184846)
    SHELLY C. GOPAUL (State Bar No. 246382)
3   120 Broadway, Suite 300
    Santa Monica, California 90401-2386
4   Telephone:   (310) 576-2100
    Facsimile:   (310) 576-2200
5   E-Mail:      jonathan.solish@bryancave.com
                 keith.klein@bryancave.com
6                shelly.gopaul@bryancave.com

7   Attorneys for Defendant
    Ramada Worldwide Inc. (erroneously sued as Ramada International)

8

9            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10       **FOR THE COUNTY OF ALAMEDA - FREMONT HALL OF JUSTICE**

11

12  CAROL AGRUHN,                          Case No. HG06302079

13              Plaintiff,

14       v.                                **NOTICE TO ADVERSE PARTY
                                           AND TO STATE COURT OF
15  RAMADA LIMITED; RAMADA                 REMOVAL TO FEDERAL COURT**
    INTN'L,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

765830.1

1     TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

2  PARTIES AND THEIR ATTORNEYS OF RECORD:

3     PLEASE TAKE NOTICE THAT on January 5, 2010, defendant Ramada

4  Worldwide Inc. ("RWI") filed a Notice of Removal of this Action in the United States

5  District Court for the Northern District of California.  A true and correct copy of the

6  Notice of Removal is attached at Exhibit "A".

7     PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the

8  filing of the Notice of Removal in the United States District Court, together with the filing

9  of this Notice with this Court, effects the removal of this action.  Therefore, this Court may

10  proceed no further with Plaintiff's action, unless and until the action is remanded.

11

12  Dated:  January 5, 2010                    Respectfully submitted,

13                                            **BRYAN CAVE LLP**

14

15                                            By:_____
                                              SHELLY C. GOPAUL

16                                            Attorneys for Defendant
                                              Ramada Worldwide Inc. (erroneously sued as

17                                            Ramada International)

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

765830.1

Exhibit  _1_  Page _4_

# EXHIBIT A

Exhibit _1_ Page _5_

E-filing

**BRYAN CAVE LLP**
JONATHAN SOLISH (State Bar No. 67609)
KEITH D. KLEIN (State Bar No. 184846)
SHELLY C. GOPAUL (State Bar No. 246382)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
E-Mail:        jonathan.solish@bryancave.com
               keith.klein@bryancave.com
               shelly.gopaul@bryancave.com

Attorneys for Defendant
Ramada Worldwide Inc. (erroneously sued as Ramada International)

ORIGINAL FILED
JAN - 5 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ADR

PJH

| | |
|---|---|
| CAROL AGRUHN,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMADA LIMITED; RAMADA INTN'L,<br><br>    Defendants. | Case No. C10-00029<br><br>[Alameda County Superior Court<br>Case No. HG06302079]<br><br>**NOTICE OF REMOVAL TO<br>FEDERAL COURT**<br><br>Date Action Filed: December 13, 2006 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

765806.1

FAXED

NOTICE OF REMOVAL TO FEDERAL COURT

Exhibit A Page 3

Exhibit 1 Page 6

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

2   PARTIES AND THEIR ATTORNEYS OF RECORD:

3       PLEASE TAKE NOTICE that defendant Ramada Worldwide Inc. ("RWI")

4   (erroneously sued as Ramada International) removes the action described below from the

5   Superior Court of the State of California for the County of Alameda to the United States

6   District Court for the Northern District of California.

7   **I.    BACKGROUND**

8       1.    Plaintiff Carol Agruhn filed an action in the Superior Court of the State of

9   California, County of Alameda, entitled *Carol Agruhn v. Ramada Limited; Ramada*

10  *International; and DOES 1 through 10*, Case No. HG06302079 on December 13, 2006

11  ("State Court Action").

12      2.    RWI was purportedly served with a copy of the Summons and Complaint in

13  the State Court Action on December 15, 2009.  The plaintiff purported to serve RWI by

14  serving Avis Budget Group, Inc. dba Ramada International.

15      3.    A review of the state court docket reveals that defendant Ramada Limited has

16  not yet been served with the Summons and Complaint in this matter.  Accordingly, RWI is

17  not required to obtain the consent or joinder in removal of Ramada Limited. *See Cucci v.*

18  *Edwards*, 510 F. Supp. 2d 479, 484 (C.D. Cal. 2007) (only defendants that have been

19  served need to join in removal to federal court).

20      4.    With the exception of the Answer filed by RWI on January 4, 2010, no

21  defendant has taken part in any proceedings and no defendant has filed any pleadings in

22  the State Court Action.

23      5.    The Complaint purports to assert various causes of action against the

24  defendants. The Plaintiff asserts a claim for "violation of federal law – 'Americans with

25  Disabilities Act'" against the defendants, in addition to claims for general negligence,

26  intentional tort, products liability and premises liability.

27  **II.   BASIS FOR REMOVAL**

28      6.    The above-described State Court Action is a civil action of which this Court

1   has original jurisdiction under the provisions of 28 U.S.C. Section 1331, and is one that

2   may be removed to this Court by Defendants pursuant to 28 U.S.C. Section 1441(a),(b).

3          7.     Section 1441(a) of Title 28 of the United States Code provides for removal of

4   any action in which the United States district courts have original jurisdiction and Section

5   1441(b) states that district courts have original jurisdiction over any civil action founded

6   on a claim or right arising under the "laws of the United States and shall be removable

7   without regard to citizenship or residence of the parties." "If the court has original

8   jurisdiction over a single claim in the complaint, it has original jurisdiction over a 'civil

9   action' within the meaning of § 1367(a)." *Exxon Mobil Corp. v. Allapattah Servs., Inc.*,

10   545 U.S. 546, 563 (2005).

11          8.     Plaintiff's claims against Defendants for violation of the ADA arise under

12   federal law.

13          9.     In addition, this Court has supplemental jurisdiction over the Plaintiffs'

14   derivative claims under California state law. Those claims—like Plaintiff's federal

15   question claims arising under ADA—arise from the same set of operative facts relating to

16   the purportedly wrongful conduct of the defendants. Accordingly, each of Plaintiff's state

17   claims are related to Plaintiff's federal question claims, and thereby form a part of the

18   same case and controversy pursuant to U.S.C. § 1367(a).

19   **III.   PROCEDURAL COMPLIANCE**

20         10.     This Notice of Removal is timely filed within thirty days of December 15,

21   2009, the day on which RWI was purportedly served with the State Court Action.

22         11.     The State Court Action was pending before the Superior Court for the

23   County of Alameda. Because this Court is the United States District Court for the district

24   and division embracing the place where the original action was filed, it is the appropriate

25   Court for removal under 28 U.S.C. Section 1446.

26         12.     Pursuant to 28 U.S.C. Section 1446(a), attached as Exhibit A are copies of

27   "all process, pleadings, and orders served upon" RWI filed in the State Court Action, prior

28   to January 5, 2010, as well as RWI's Answer filed in the State Court Action on January 4,

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1 | 2010.

2      13.    A copy of this notice has been served on all parties of record and will be filed

3 | with the Clerk of the Superior Court for the County of Alameda.

4 | **IV.**    **CONCLUSION**

5      RWI respectfully requests that the above State Court Action be removed from the

6 | state court in which it was filed to the United States District Court in and for the Northern

7 | District of California, and request further that this Honorable Court issue all necessary

8 | orders and process and grant such other and further relief as in law and justice Defendants

9 | may be entitled to receive.

10

11 | Dated:  January 5, 2010

12                          Respectfully submitted,

                                     **BRYAN CAVE LLP**

13

14                              By:_____

15                              SHELLEY C. GOPAUL

                             **Attorneys for Defendant**

16                              **Ramada Worldwide Inc. (erroneously sued as**

                             **Ramada International)**

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

765806.1                               *3*                       NOTICE OF REMOVAL TO FEDERAL COURT

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

## PROOF OF SERVICE

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

    On January 5, 2010, I served the foregoing document, described as **NOTICE OF REMOVAL TO FEDERAL COURT**, on each interested party in this action, as follows:

Carol Agruhn                                 *Plaintiff in Pro Per*
Box 1117
San Leandro, CA 94577
Tel:  (510) 978-8669

    ☒    (VIA MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

    ☐    (VIA FEDEX) I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on January 5, 2010, at Santa Monica, California.

_Judith C. Chiri_
Judith C. Chiri

26

1

## PROOF OF SERVICE

2

3     I am employed in the County of Los Angeles, State of California. I am over the age
of 18 and not a party to the within action. My business address is 120 Broadway,
4 Suite 300, Santa Monica, California 90401-2386.

5     On January 6, 2010, I served the foregoing document, described as **NOTICE TO
ADVERSE PARTY AND TO STATE COURT OF REMOVAL TO FEDERAL
6 COURT,** on each interested party in this action, as follows:

7     Carol Agruhn                          *Plaintiff in Pro Per*
      Box 1117
8     San Leandro, CA 94577
      Tel: (510) 978-8669

9

10     ☒    (VIA MAIL)  I placed a true copy (or original) of the foregoing document in
a sealed envelope addressed to each interested party as set forth above. I placed each such
11 envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave
LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for
collection and processing of correspondence for mailing with the United States Postal
12 Service. Under that practice, the correspondence would be deposited in the United States
Postal Service on that same day in the ordinary course of business.

13

14     ☐    (VIA FEDEX)  I deposited in a box or other facility maintained by FedEx,
an express carrier service, or delivered to a courier or driver authorized by said express
15 carrier service to receive documents, a true copy of the foregoing document, in an
envelope designated by said express service carrier, with delivery fees paid or provided
16 for.

17     I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

18     Executed on January 6, 2010, at Santa Monica, California.

19

20                                    Judith C. Chiri

21

22

23

24

25

26

27

28

CAPTION

Exhibit ___ Page 11

*(left margin vertical text)* BRYAN CAVE LLP 120 BROADWAY, SUITE 300 SANTA MONICA, CALIFORNIA 90401-2386

1

## PROOF OF SERVICE

2

3      I am employed in the County of Los Angeles, State of California.  I am over the age
of 18 and not a party to the within action.  My business address is 120 Broadway,
4  Suite 300, Santa Monica, California 90401-2386.

5      On January 15, 2010, I served the foregoing document, described as **RAMADA
WORLDWIDE INC.'S CERTIFICATE OF FILING AND SERVICE OF NOTICE
6  TO ADVERSE PARTY AND TO STATE COURT OF REMOVAL TO FEDERAL
COURT,** on each interested party in this action, as follows:

7

8  Carol Agruhn                                    *Plaintiff in Pro Per*
Box 1117
San Leandro, CA 94577
9  Tel:  (510) 978-8669

10      ☒      (VIA MAIL)  I placed a true copy (or original) of the foregoing document in
a sealed envelope addressed to each interested party as set forth above.  I placed each such
11  envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave
LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for
12  collection and processing of correspondence for mailing with the United States Postal
Service.  Under that practice, the correspondence would be deposited in the United States
13  Postal Service on that same day in the ordinary course of business.

14      ☐      (VIA FEDEX)  I deposited in a box or other facility maintained by FedEx,
an express carrier service, or delivered to a courier or driver authorized by said express
15  carrier service to receive documents, a true copy of the foregoing document, in an
envelope designated by said express service carrier, with delivery fees paid or provided
16  for.

17      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
18

19      Executed on January 15, 2010, at Santa Monica, California.

20                                          */s/ Judith C. Chiri*
                                            Judith C. Chiri
21

22

23

24

25

26

27

28

*/2*

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386