*E-Filed 3/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carol Agruhn, | No. C 10-00029 RS |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| Ramada Limited, Ramada Worldwide Inc., | |
| Defendants. | |

A Case Management Conference was scheduled in the instant case on March 31, 2011. Plaintiff did not appear at that Conference. It appears that plaintiff has not participated meaningfully in the case for some time. This failure does suggest a lack of diligence in prosecuting this case. Under Federal Rule of Civil Procedure 41(b), the court may dismiss an action for failure to prosecute. In determining whether a plaintiff's failure to prosecute warrants dismissal of the case, the court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986). Generally speaking, however, the district court must first warn the plaintiff that the case is in danger of being dismissed for failure to prosecute and give the plaintiff an opportunity to respond. *See, e.g.*, *Palma v. Dent*, No. C 06-6151 PJH, 2007 WL 2023517, at *3 (N.D. Cal. July 12, 2007). The parties are directed to

No. C 10-00029 RS
STANDBY ORDER TO SHOW CAUSE

appear for a show cause hearing on **May 5, 2011, at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  At that hearing, plaintiff must explain why the case should not be dismissed with prejudice for failure to prosecute.  Defense counsel may appear by telephone, and must contact Judge Seeborg's Courtroom Deputy at 415/522-2123 at least one week prior to the hearing.

IT IS SO ORDERED.

Dated:    3/31/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE