*E-Filed 5/6/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL AGRUHN,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMADA LIMITED, RAMADA WORLDWIDE INC.,<br><br>        Defendants.<br>_____/ | No. C 10-00029 RS<br><br>**ORDER DISMISSING ACTION** |

Pro se plaintiff Carol Agruhn filed suit against defendant Ramada Worldwide Inc. in Alameda Superior Court in 2006. After being served in December 2009, defendant removed the case to this Court on January 5, 2010. Plaintiff subsequently made no appearance in the case. On March 31, 2011, after she failed to participate in the filing of a joint Case Management Statement or appear at the Case Management Conference, the Court issued an Order to Show Cause. The Order required plaintiff to appear for a show cause hearing on May 5, 2011 to explain why the case should not be dismissed.

On May 5, 2011, the Court held the show cause hearing and plaintiff failed to appear. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the case is dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 5/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Carol Agruhn**
PO Box 1117
San Leandro, CA 94577

DATED: 5/6/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg